**COURTROOM DEPUTY MINUTES**  DATE: 9-14-2005
**MIDDLE DISTRICT OF ALABAMA**

DIGITAL RECORDING: _____

☑ **INITIAL APPEARANCE**           Jimmy Dickens - Reporter
☐ BOND HEARING
☐ DETENTION HEARING
☐ REMOVAL HEARING (R.40)
☐ ARRAIGNMENT
☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: DRB            DEPUTY CLERK: sql

CASE NO. 2:05mj112-B: 02             DEFT. NAME: Julio Cesar MOSQUERA

USA: Brunson                         ATTY: Petersen
                                     Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO
                                                   ( ) Stand In ONLY

USPTSO/USPO: Martin

Defendant ✓ does ____ does NOT need an interpreter

Interpreter present ____ NO  ✓ YES   NAME: Beverly Childress

☑ kars         Date of Arrest _____ or ☐ karsr40
☑ kia.         Deft. First Appearance. Advised of rights/charges. ☐Pro/Sup Rel Violator
☑ kcnsl.       Deft. First Appearance with Counsel
☐              Deft. First Appearance without Counsel
☐              Requests appointed Counsel    ☐ ORAL MOTION for Appointment of Counsel
☑ kfinaff.     Financial Affidavit executed ☐ to be obtained by PTSO
☐ koappted     **ORAL ORDER** appointing Community Defender Organization - **Notice to be filed.**
☐ k20appt.     Panel Attorney Appointed; ☐ to be appointed - prepare voucher
☑              Deft. Advises he will retain counsel. Has retained _____
☐              Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
☐              Government's **WRITTEN** Motion for Detention Hrg. filed.
☐ kdmhrg.      **Detention Hearing** ☐ held; ☐ set for _____
☐ kotempdtn.   **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
☐ kodtn.       **ORDER OF DETENTION PENDING TRIAL** entered
☐ kocondrls.   Release order entered. Deft. advised of conditions of release
☐ kbnd.        ☐**BOND EXECUTED** (M/D AL charges) $_____. Deft released (kloc LR)
               ☐**BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
☑ kloc.(LC)    Bond **NOT** executed. Deft to remain in Marshal's custody
☐              Preliminary Hearing ☐ Set for _____
☐ ko.          Deft. **ORDERED REMOVED** to originating district
☐ kwvprl.      Waiver of ☐ preliminary hearing; ☐Kwvr40hrg. (Waiver of R.40 Hearing)
☐              Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
☐ karr.        ARRAIGNMENT SET FOR: _____ ☐ HELD. Plea of **NOT GUILTY** entered.
               ☐Set for _____ Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____
               DISCOVERY DISCLOSURES DATE: _____
☐ krmknn.      NOTICE to retained Criminal Defense Attorney handed to Counsel
☐ krmvhrg.     Identity/Removal Hearing set for _____
☐ kwvspt       Waiver of Speedy Trial Act Rights Executed