IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.                     ) | 2:05cr240-A |
| ) | |
| JULIO CESAR MOSQUERA    ) | |

ORDER TO PRODUCE PRISONER
FOR ARRAIGNMENT

TO: The United States Marshal and his Deputies:

ARRAIGNMENT is hereby set for October 19, 2005 at 10:00 a.m. in the above styled cause.

You are DIRECTED to produce the following named prisoner: JULIO CESAR MOSQUERA before the United States District Court at Montgomery, Alabama, Courtroom 4A, on the 19th day of October, 2005 at 10:00 o'clock a.m.

DONE this 5th day of October, 2005.

DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

By: /s/ Joyce Taylor
    Deputy Clerk