# COURTROOM DEPUTY MINUTES    DATE: 10/19/2005
## MIDDLE DISTRICT OF ALABAMA

DIGITAL RECORDING: _____

- [✓] **INITIAL APPEARANCE** On Ind c
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [ ] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: Delores Boyd    DEPUTY CLERK: S. Q. Long, Jr.

CASE NO. 2:05cr240-A    DEFT. NAME: Julio Cesar MOSQUERA

USA: Morris    ATTY: Richard Keith

Type Counsel: ( ) Retained; (✓) Panel CJA; ( ) Waived; ( ) CDO  ( ) Stand In ONLY

USPTSO/USPO: _____

Defendant __✓__ does _____ does NOT need an interpreter

Interpreter present _____ NO __✓__ YES    NAME: Beverly Childress

- ☐ kars.    Date of Arrest _____ or ☐ karsr40
- ☐ kia.    Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☐ kcnsl.   Deft. First Appearance with Counsel
- ☐    Deft. First Appearance without Counsel
- ☐    Requests appointed Counsel    ☐ ORAL MOTION for Appointment of Counsel
- ☐ kfinaff.   Financial Affidavit executed ☐ to be obtained by PTSO
- ☐ koappted   **ORAL ORDER** appointing Community Defender Organization - **Notice to be filed.**
- ☐ k20appt.   Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐    Deft. Advises he will retain counsel. Has retained _____
- ☐    Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐    Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐ kdmhrg.   **Detention Hearing** ☐ held; ☐ set for _____
- ☐ kotempdtn.   ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ☐ kodtn.   ORDER OF DETENTION PENDING TRIAL entered
- ☐ kocondrls.   Release order entered. Deft. advised of conditions of release
- ☐ kbnd.   ☐ BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR)
          ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ☐ kloc.(LC)   Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐    Preliminary Hearing ☐ Set for _____
- ☐ ko.    Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl.   Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐    Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
- [✓] karr.   **ARRAIGNMENT** SET FOR: _____ [✓] **HELD.** Plea of **NOT GUILTY** entered.
          [✓] Set for 3-20-06 Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____
          DISCOVERY DISCLOSURES DATE: 10-20-05
- ☐ krmknn.   NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg.   Identity/Removal Hearing set for _____
- ☐ kwvspt    **Waiver of Speedy Trial Act Rights Executed**