IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-0240-A |
| | ) | |
| | ) | |
| JULIO CESAR MOSQUERA | ) | |

**O R D E R**

For good cause, it is **ORDERED** that the Clerk (a) docket as a "*pro se motion for appointment of new counsel*" the attached letter from the defendant, post-marked from the City Jail on November 9, 2005, and forwarded to the undersigned on November 10; and (b)transmit forthwith a copy to the Federal Defender along with a copy of this Order, which also should be transmitted directly to the defendant.

It is further **ORDERED** that the Federal Defender confer with the defendant on or before November 22, 2005, about the *motion* and report to the court not later than November 28, 2005, whether any good cause exists for appointment of new counsel.  Defendant and counsel are reminded that this case is now set for a  pretrial docket on the court's January 9, 2006 docket at 11:00 a.m.

Done this 15th  day of November, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE