RECEIVED 2005 NOV 10 A 9:47

11-5-05

Dear Mrs Boy

Judge, the reason for my letter is to inform you that I'm not satisfied with my attorney. I have some valuable important information to coroparate with the federal government. However my attorney does not allow me to cooperate. Please can you appoint me a new attorney.

Thank you and sorry for your time.

Sincerly

x Julio Cesar Masquera
@ Montgomery City Jell.

P.S.
My attorney is Keith Hamm Law Firm.