IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-cr-240-A |
| | ) | |
| JULIO CESAR MOSQUERA | ) | |

## ORDER

Upon consideration of the government's motion for release of prisoner filed November 17, 2005, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of JULIO CESAR MOSQUERA, to Special Agents Robert Thornton, ABI/HIDTA, and/or David Henderson, ICE/HIDTA, on November 18, 2005, through February 28, 2006, so that said agents can take such prisoner into custody for the purpose of transporting him to the Office of the United States Attorney without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Agents Robert Thornton and/or David Henderson return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this the _____ day of November, 2005.

_____
UNITED STATES MAGISTRATE JUDGE