IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No.: 2:05cr240-A |
| | ) |
| JULIO CESAR MOSQUERA | ) |

**RESPONSE TO ORDER**

COMES NOW the Federal Defender Office, by and through undersigned counsel, Kevin L. Butler, and in response to this Court's November 15, 2005 Order, submits the following:

1.　In the Court's November 15, 2005 Order, the Court asks the Federal Defender Office to inquire as to whether good cause exists for new counsel to be appointed in this case.

2.　The Federal Defender Office through undersigned counsel has spoken with Julio Cesar Mosquera and his present counsel, Richard Keith, Esquire.

3.　Both parties have informed undersigned counsel that there is presently a productive working relationship.  Additionally, Mr. Mosquera has informed undersigned counsel he does not wish to have new counsel appointed.  Further, undersigned counsel has been able to observe a positive relationship between Mr. Mosquera and Mr. Keith.

WHEREFORE, for the reasons set for above, undersigned counsel does not believe there is cause for the appointment for new CJA counsel.

       Respectfully submitted,


       s/ Kevin L. Butler
       KEVIN L. BUTLER
       First Assistant Federal Defender
       201 Monroe Street, Suite 407
       Montgomery, Alabama 36104
       Phone: (334) 834-2099
       Fax: (334) 834-0353
       E-mail: kevin_butler@fd.org
       AZ Bar Code: 014138

**CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Richard Keith and Tommie Hardwick.

       Respectfully submitted,


       s/ Kevin L. Butler
       KEVIN L. BUTLER
       First Assistant Federal Defender
       201 Monroe Street, Suite 407
       Montgomery, Alabama 36104
       Phone: (334) 834-2099
       Fax: (334) 834-0353
       E-mail: kevin_butler@fd.org
       AZ Bar Code: 014138