# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA

☒ Northern    ☐ Southern    ☐ Eastern

| | |
|---|---|
| HON. Delores R. Boyd | AT Montgomery, Alabama |
| DATE COMMENCED 1-9-2006 | @ 11:25 ☒ a.m. ☐ p.m |
| DATE COMPLETED 1-9-2006 | @ 11:28 ☒ a.m. ☐ p.m |

CASE NO. 2:05cr240-A

UNITED STATES OF AMERICA            VS.            JULIO CESAR MOSQUERA
Plaintiff(s)                                            Defendant(s)

## APPEARANCES

**Plaintiff(s)/Government**          **Defendant(s)**
Clark Morris                          Richard Keith

### COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr.          Crt Rptr: _____
Law Clerk: _____                    Interpreter: _____
USPO/USPTS: _____                   Other: _____

### PROCEEDINGS:

☐ Motion Hearing: None
☐ Status Conference        ☐ Oral Argument            ☐ Evidentiary Hrg.
☐ Revocation               ☐ Scheduling Conf.         ☐ Show Cause
☐ Settlement Conference    ☐ Telephone Conf.          ☐ Sentencing
☐ Non-Jury Trial           ☐ Revocation/Prtrl/SupvRel/Prob
☐ Other _____

☒ **Pretrial Conference**
Pending Motions: None
Discovery Status: Complete          Plea Status: Prob
Trial Status/Length: 1½ Days        Trial Term: 2-27-06