IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-0240-A |
| | ) | |
| | ) | |
| JULIO CESAR MOSQUERA | ) | |

**O R D E R**

It is hereby **ORDERED** that the *Motion (Pro Se) to Appoint Counsel* (Doc. 39), filed November 10, 2005, is **DENIED** based upon the *Response to Order* (Doc. 43), filed November 22, 2005.

Done this 11th day of January, 2006.


/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE