IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-240-WHA |
| | ) | |
| JULIO CESAR MOSQUERA | ) | |

**PRETRIAL CONFERENCE ORDER**

Appearing at the initial pretrial conference on January 9, 2006, before the undersigned Magistrate Judge, were Richard K. Keith, defense counsel, and Assistant United States Attorney A. Clark Morris, government counsel. After due consideration of representations of counsel and other relevant matters, it is **ORDERED** as follows:

1. **Jury selection** is set for **March 27, 2006.** The trial of this case is set for the **trial term commencing on March 27, 2006**, before Senior United States District Judge W. Harold Albritton and is expected to last two trial days.

2. There are currently no motions pending.

3. Proposed **voir dire questions** shall be filed on or before **March 20, 2006.** Counsel should not include questions seeking information which is provided in the jury questionnaire.

4. All **motions in limine** shall be filed on or before **March 20, 2006.** Motions in limine must be accompanied by a brief. Failure to file a brief will result in denial of the motion.

5. **Proposed jury instructions** shall be filed on or before **March 20, 2006**.

6. The last day on which the court will entertain a **plea pursuant to Rule 11(c) (1)(A) or (C)** plea is **March 20, 2006**. The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on March 20, 2006. The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted. In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on March 20, 2006, as to all defendants, even though a particular guilty plea was not accepted by the court.

Done this 11th day of January, 2006.

        **/s/ Delores R. Boyd**
        DELORES R. BOYD
        UNITED STATES MAGISTRATE JUDGE