# MINUTES

## IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | | | |
|---|---|---|---|---|
| DATE COMMENCED: | June 5, 2006 | AT: | 9:14 a.m. |
| DATE COMPLETED: | June 5, 2006 | AT: | 9:22 a.m. |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. No. 2:05cr240-WHA |
| | ) | |
| JULIO CESAR MOSQUERA | ) | |

### APPEARANCES:

**GOVERNMENT**

A. Clark Morris
John T. Harmon

**DEFENDANT**

Richard K. Keith

### COURT OFFICIALS PRESENT

Risa Entrekin, Court Reporter
Elna Behrman, Courtroom Deputy
Beverly Childress, Interpreter

Terrence Marshall, USPO
Lisa Harden, Law Clerk

### COURTROOM PROCEEDINGS

**(X)    SENTENCING HEARING**

Hearing commences.
Interpreter sworn.
Parties have reviewed the presentence report and have no objections.
The court adopts the factual statements contained in the presentence report.
The court orally GRANTS the Government's Motion for Reduction in Criminal Offense Level (Doc. #66).
The Government argues the Motion for Downward Departure.
The court orally GRANTS the Government's Motion for Downward Departure (Doc. #65).
Sentence is stated.
Court orally GRANTS the Government's Motion for Forfeiture of Property (Doc. #62).
No objection to sentencing statement.
Sentence is ordered imposed as stated.
Defendant waives his right to appeal.
Government orally moves to dismiss Count 2 of the Indictment.
Court orally GRANTS the motion, and Count 2 of the Indictment is DISMISSED.
Defendant is committed to the custody of the U. S. Marshal.