AO 245B    (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page ___2___ of ___6___

DEFENDANT:    JULIO CESAR MOSQUERA
CASE NUMBER:    2:05cr240-WHA

RECEIVED
2007 FEB 20 P 1: 03

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**27 months.**

☐ The court makes the following recommendations to the Bureau of Prisons:

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____.

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

**RETURN**

I have executed this judgment as follows:

Defendant delivered on _11-03-2006_ to _FCT Oakdale_

at _Oakdale, LA_, with a certified copy of this judgment.

RETURNED AND FILED

FEB 20 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

_J.P. Young, Warden_
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL