J245C   (Rev. 06/05) Amended Judgment in a Criminal Case
        Sheet 2 — Imprisonment

(NOTE: Identify Changes with Asterisks (*))

Judgment — Page 2 of 6

DEFENDANT: JULIO CESAR MOSQUERA
CASE NUMBER: 2:05cr240-WHA

RECEIVED
2007 APR 20 P 12:50
UNITED STATES
MARSHAL SERVICE
MIDDLE ALABAMA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term

**27 months.**

☐ The court makes the following recommendations to the Bureau of Prisons:

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____
    ☐ as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on _____
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _11-3-2006_ to _FCI Oakdale_
at _Oakdale, LA_ with a certified copy of this judgment.

RETURNED AND FILED
APR 20 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF AL.

_J.P. Yomy Wenden_
UNITED STATES MARSHAL

By _Sherry Dix L.E._
DEPUTY UNITED STATES MARSHAL